# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Elissa L. Armstrong,

                Plaintiff,        Case No. 17-cv-10098

v.                                      Judith E. Levy
                                      United States District Judge

Commissioner of Social Security,
                                      Mag. Judge Patricia T. Morris

                Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE MORRIS'S REPORT AND RECOMMENDATION [23] ON THE CROSS-MOTIONS FOR SUMMARY JUDGMENT [15, 21]

      This is a Social Security appeal. Before the Court is Magistrate Judge Patricia T. Morris's Report and Recommendation (Dkt. 23) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 15) and grant defendant's motion for summary judgment (Dkt. 23), issued September 19, 2017. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The court

has nevertheless thoroughly reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 23) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 15) is DENIED;

Defendant's motion for summary judgment (Dkt. 21) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: October 6, 2017      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 6, 2017.

    s/Shawna Burns
    SHAWNA BURNS
    Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).